ROGER K. VEHRS (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4211

Attorney for Plaintiff, JOHN LYDDON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LYDDON,<br><br>          Plaintiff,<br><br>v.<br><br>ALFONSO ROCHA-ALBERTSEN and HILARIO ALONSO CUELLAR ABUNDIZ, and DOES 1 through 59,<br><br>          Defendants. | CASE NO.: 1:03-cv-5502 OWW TAG<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE AND ORDER THEREON**<br><br>New Date: September 16, 2005<br>Time: 10:00 a.m.<br>Location: Bankruptcy Courtroom<br>1300 18th Street, Ste. A,, Bakersfield, CA<br>Before the Honorable Theresa Goldner |

Plaintiff, JOHN LYDDON and defendants, ALFONSO ROCHA-ALBERTSEN and HILARIO ALONSO CUELLAR ABUNDIZ by and through their respective counsel pursuant to this stipulation request that the Court continue the settlement conference currently scheduled for September 15, 2005 at 2:00 p.m. to the new date of September 16, 2005 at 10:00 a.m. before the Honorable Theresa Goldner, U.S District Court, Bankruptcy Courtroom, 1300 18th Street, Ste. A, in Bakersfield, California.

Dated: September 14, 2005.     /s/   Diana Griffiths          *
                                Diana Griffiths
                                Attorney for Defendants
                                Alfonso Rocha-Albertsen and
                                Hilario Alonso Cuellar Abundiz,

Dated: September 14, 2005.     /s/   Roger K. Vehrs          *
                                ROGER K. VEHRS
                                Attorney for Plaintiff JOHN LYDDON

LYDDON v. ROCHA-ALBERTSEN, et al.     Case No. CV-F-03-5502 OWW/TAG
Stipulation to Continue Settlement Conference

- 1 -

**ORDER**

The stipulation of the parties is accepted and made an order of this Court, except that the settlement conference shall take place in Magistrate Judge Goldner's chambers, 1200 Truxtun Avenue, Suite 120, Bakersfield, California.  In addition, counsel for the parties shall cause Confidential Settlement Conference Statements to be delivered to Magistrate Judge Goldner's chambers, no later than 5:00 p.m. on September 15, 2005, and shall ensure that the parties shall appear in person at the settlement conference, along with their counsel, prepared to engage in meaningful settlement negotiations.

IT IS SO ORDERED.

**Dated:   September 14, 2005**            **/s/ Theresa A. Goldner**
j6eb3d                                             UNITED STATES MAGISTRATE JUDGE

LYDDON v. ROCHA-ALBERTSEN, et al.        Case No. CV-F-03-5502 OWW/TAG
Stipulation to Continue Settlement Conference

- 2 -