1  Roger K. Vehrs (SBN 073018)
   Attorney at Law
2  2300 Tulare, Suite 250
   Fresno, California 93721
3  Telephone: (559) 442-4211

4  Attorney for Plaintiff JOHN LYDDON

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10  JOHN ARTHUR LYDDON,          )    CASE NO.:  CIV-F-03-5502 OWW/TAG
                                 )
11                               )
                  Plaintiff,     )
12  vs.                          )    **ORDER AFTER HEARING**
                                 )
13  ALFONSO ROCHA-ALBERTSEN, et al,  )
                                 )
14                Defendants.    )    Hearing Date: 2/27/06
                                 )    Honorable Oliver W. Wanger
15  _____)

16

17       The above matter came on regularly for hearing on February 27, 2006, before the

18  Honorable Oliver W. Wanger.  Plaintiff John Lyddon was present and represented by his

19  attorney Roger K. Vehrs.  Attorney Diana Griffiths was present representing the defendants

20  Alfonso Rocha-Albertsen and Hilario Alonso Cuellar-Abundiz.

21       The court after hearing evidence and arguments of counsel makes the following orders.

22                               ORDER

23       1.    That the trial of this matter is set for May 2, 2006 at 9:00 a.m. in Courtroom 3.

24       2.    The pre-trial conference will be held on March 27, 2006 at 10:00 a.m. in

25  Courtroom 3.

26

27       3.    The summary judgment motions that have been previously filed will be heard as

28  a motion in limine.  Motions in limine must be filed by April 4, 2006.  Objections and

ORDER AFTER HEARING
Case No: CV-F-03-5502 OWW/TAG

PDF created with pdfFactory trial version www.pdffactory.com

oppositions to motions in limine are to be filed by April 14, 2006.  The hearing on the motions in limine shall be heard on April 21, 2006 at 12:00 p.m. in Courtroom 3.

4.     The court further enters an evidentiary sanction as to the billing and time records that were not produced as ordered by Judge Teresa Goldner and thus those documents cannot be used or referred to in any way by the defendants in this case.

5.     Finally, the court orders that the defendant Hilario Alonso Cuellar Abundiz is ordered to pay sanctions in the amount of $1,000 which are to be paid today.

IT IS SO ORDERED.


Dated: March __8_____, 2006.                    /s/ OLIVER W. WANGER_____
                                                              HONORABLE OLIVER W. WANGER
                                                 JUDGE OF THE U.S. DISTRICT COURT

ORDER AFTER HEARING
Case No: CV-F-03-5502 OWW/TAG