**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LYDDON,<br><br>        Plaintiff,<br><br>    v.<br><br>ALFONSO ROCHA-ALBERTSEN, et al.,<br><br>        Defendants. | 1:03-CV-05502 OWW TAG<br><br>**AMENDMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

The findings of fact and conclusions of law are amended by adding the following:

**FINDINGS OF FACT**

    331.  All parties agreed at a post trial hearing held on July 17, 2006 that sanctions in the amount of $5,919.00 shall be entered as a judgment against Cuellar-Abundiz for his failure to appear at his deposition on September 27, 2004 in Tijuana, Mexico.

**CONCLUSIONS OF LAW**

    180.  In addition to costs of suit, Lyddon shall recover the sum $5,919.00 from Cuellar-Abundiz for failure to appear at Cuellar-Abundiz' deposition on September 27, 2004.


IT IS SO ORDERED.

**Dated:  October 16, 2006**                     **/s/ Oliver W. Wanger**
dd0l0                                         UNITED STATES DISTRICT JUDGE