

FILED

OCT 31 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LYDDON,<br><br>            Plaintiff,<br><br>    v.<br><br>ALFONSO ROCHA-ALBERTSEN, et al.,<br><br>            Defendants. | 1:03-CV-5502 OWW TAG<br><br>JUDGMENT |

    This matter came on for trial before the Honorable Oliver W. Wanger, Eastern District Judge, presiding. Plaintiff, John Lyddon, was represented by Roger K. Vehrs, Esq. Defendants Alfonso Rocha-Albertsen and Hilario Alonso Cuellar-Abundiz were represented by Diana Griffiths, Esq. The issues were duly tried, Findings of Fact and Conclusions of Law issued. Judgment is entered as follows:

    1.    Plaintiff John Lyddon shall have judgment against Defendants Alfonso Rocha-Albertsen and Hilario Alonso Cuellar-Abundiz;

    2.    That the September 24, 2004, promissory note, a copy of which is attached as Exhibit "A," is void *ab initio* for fraud in the execution, illegality, and is unenforceable;

    3.    Plaintiff John Lyddon shall recover costs of suit from

Defendants Alfonso Rocha-Albertsen and Hilario Alonso Cuellar-Abundiz.

    4.    Plaintiff John Lyddon shall recover the further sum of $5,919.00 from Defendant Hilario Alonso Cuellar-Abundiz to pay previously ordered sanctions.

SO ORDERED.

DATED: October 27, 2006.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

| PROMISSORY NOTE | PAGARÉ |
|---|---|
| By means of this promissory note, and for valuable consideration, receipt of which is hereby acknowledged, Mr. John Arthur Lyddon (hereinafter the "subscriber") hereby unconditionally promises to pay to the order of Mr. Alfonso Rocha Albertsen hereinafter the "beneficiary") at his domicile located at Paseo de lo Heroes 9150-806, Zona del Rio Tijuana Baja California, Mexico or at any other place designated by the beneficiary, the amount of $ 500,000.00 (Five Hundred Thousand US Dollars 00/100), on February 2, 2003. | Por este pagaré, y en virtud de que en este acto reconoce haber recibido contraprestación valiosa el Señor John Arthur Lyddon (en lo sucesivo el "suscriptor"),promete incondicionalmente pagar a la orden del señor Alfonso Rocha Albertsen (en lo sucesivo el "beneficiario") en su domicilio ubicado en Paseo de los Héroes 9150-806,Zona del Rió Tijuana Baja California ,México o en cualquier otro lugar que sea designado por el beneficiario, la cantidad de $500,000.00 (quinientos mil dólares 00/100 moneda americana), el día 2 de Febrero del 2003. |
| The non-payment of this promissory note, on the stated date, shall cause a penalty interest at a rate of 1.5 % (percent) per month, until full and total payment of the amount owed. | La falta de pago del presente pagaré, en la fecha antes señalada, causará interés moratorio a razón del 1.5 % (por ciento), mensual, hasta el total y completo pago de lo adeudado. |
| Domicile for notice the subscriber: Paseo del Pescador s/n El Medano Cabo San Lucas, Baja California Sur | Domicilio para notificación del suscriptor: Paseo del Pescador s/n El Medano, Cabo San Lucas, Baja California Sur |
| This document is redacted in English and Spanish, en case of controversy, the Spanish version shall prevail. | Este documento se encuentra redactado en inglés y español, en caso de controversia, la versión en español prevalecerá. |
| This promissory note shall be governed by the laws of the United Mexican States. Likewise, for the interpretation and enforcement of this promissory note, the parties submit themselves to the jurisdiction of the competent courts in Tijuana Baja California, waiving any other jurisdiction that may correspond by virtue of their present or future domiciles or by any other reason whatsoever.TijuanaBajaCalifornia.September 24, 2002. | Este pagaré se rige por las leyes de los Estados Unidos Mexicanos. Asimismo, para la interpretación y cumplimiento del presente pagaré, las partes se someten expresamente a la jurisdicción de los tribunales competentes en Tijuana, Baja California, renunciando a cualesquier otro fuero que pudiera corresponderles en razón de sus domicilios presentes o futuros o por cualquier otra razón. Tijuana Baja California a 24 de Septiembre del 2002. |

*[signature]*

JOHN ARTHUR LYDDON

# EXHIBIT A

ENDOSO EN PROPIEDAD AL SEÑOR HILARIO ALONSO CUELLAR ABUNDIZ EL DIA DE HOY, DOCE DE NOVIEMBRE DEL AÑO DOS MIL DOS, EN TIJUANA, BAJA CALIFORNIA, MEXICO.

ALFONSO ROCHA ALBERTSEN